IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01558-LTB

DARRICK ALEXANDER,

    Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 11, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 11 day of October, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/L. Gianelli
                    Deputy Clerk